IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BANKS | : | |
| | : | |
| Plaintiff, | : | Case No. 4:14-cv-02483 |
| | : | |
| v. | : | |
| | : | |
| MANPOWERGROUP, INC. | : | (Judge Brann) |
| d/b/a EXPERIS US, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER
July 10, 2015

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendant ManpowerGroup, Inc. d/b/a Experis US, Inc.'s Motion to Dismiss Count III of the Amended Complaint (ECF No. 14) is **DENIED**.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge